701 A.2d 98

**In the Matter of the REINSTATEMENT OF Gerald Ney KLAUBER.**

**Misc. Docket (Subtitle BV) No. 48, Sept. Term, 1992.**

Court of Appeals of Maryland.

Oct. 10, 1997.

Melvin Hirshman, Bar Counsel, and Kendall R. Calhoun, Assistant Bar Counsel, for the Attorney Grievance Commission of Maryland, for Petitioner.

---

Andrew Jay Graham, Baltimore, for Respondent.

Argued before BELL, C.J., ELDRIDGE, CHASANOW, BAKER and WILNER, JJ., and KARWACKI, J. (retired), Specially Assigned.

## ORDER

BELL, Chief Judge.

The Court having considered the petition for reinstatement, the reports and recommendations of the Inquiry Panel and Review Board of the Attorney Grievance Commission, the Petitioner's exceptions and recommendation and the oral arguments of Assistant Bar Counsel and Petitioner's counsel, it is this 10th day of October, 1997,

ORDERED, by the Court of Appeals of Maryland, that the petition for reinstatement be, and it is hereby, DENIED.

ELDRIDGE, J., would have granted the petition for reinstatement.